IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 22-CR-0267 |
| : | |
| NAFIS WOODS : | |
| : | |

# ORDER

**AND NOW**, this 19th day of October 2023, the Court having conducted hearings on this date regarding Defendant's Motion to Dismiss Indictment (ECF No. 25) and Defendant's Motion to Suppress (ECF No. 27), it is **ORDERED** as follows:

1. Following a hearing with the parties today, and based upon the briefs filed and the arguments made in court, the Defendant's Motion to Dismiss Indictment (ECF No. 25) is **DENIED**; and

2. The Court having heard testimony and arguments regarding Defendant's Motion to Suppress, the Parties shall each file proposed findings of fact and conclusions of law with respect to the Motion **within ten (10) days** of issuance of the hearing transcript.

IT IS SO ORDERED.

BY THE COURT:

/s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**