# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED SATES OF AMERICA,** | : | |
| | : | Case No.   22-cr-267-1-JMY |
| *Plaintiff,* | : | |
| v. | : | |
| **NAFIS WOODS,** | : | |
| *Defendants,* | : | |

## ORDER

AND NOW, this 27th day of November 2023, upon consideration of the Defendant's Motion to Suppress (ECF No. 27) and the Government's Response in opposition thereto (ECF No. 33), and the hearing held on October 18th, 2023, (ECF No. 38), it is hereby **ORDERED** that the Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
_____
**Judge John Milton Younge**